UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _____

FILED
AUG 19 2025
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

Other
Lakendra Rives
_____

Name of plaintiff (s)

v.

I Dont Krown
Who It Is and lay
Use my name so Dont Seeing

Name of defendant (s)

Case No. 1:25-CV-273
(to be assigned by Clerk) TRM/MJD

## COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

the goverment hate Been take my SSi money Bere I was 18 yer old 16,480 so now them Peopk takin about I Been workin I have not work Klow my ssi off 29 yers

2. Plaintiff, The Company Lab resides at I Been Pay my money
110 Somerville Ave , Cattanooga
street address                                    city

Ham , TN , 37405 , 423-281-0811
county     state    zip code    telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

I dont know why the govermet workiy or tryiy to get my mony and This have to stop Poire Peolre Is useiy my SSn unmher. so can all Help me I just cant keep gony thy this...

3. Defendant, The Company Lab lives at, or its business is located at
~~900~~ 110 SomerVille Av, ~~Cha~~ Chattanoga,
street address                                                                                  city
Ham, TN, ~~37905~~ 37905
county                             state                        zip code

(if more than one defendant, provide the same information for each defendant below)
Can all Help me. Be it not make no set to be feel like this I but own no money them People Truly to make me go cry 2 and I dont own 5,~~500~~ 5,300 I was Payiy 16,800 , 10,200

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

Can all Help me find out who ~~can~~ use my SSn unmber This Been gong on when I was and DCS 2004 2010 How do I own money That I didnt get So can all try yet me a New SSn unmer Becus them People ~~der~~ is uas my SSn unber and I want all see that I not lied teipe Beces I cont want to keep USAiy the SSn o no more. I want to Be Happy and loed I Just Hope all can Help me Them People ned to Be and Jail I did not To PePelo. Who USA my SSn to get a Job That not me I Just Want thme to leu me lay

2

5. A demand for judgment for the relief you seek (list what you want the Court to do):

a. Help me find out who is tryng get my money oat off now SSi is 0.00 Sep 1, 2025

b. I need to get a SSN unmber that No Body has have to Pay money Back that

c. Sometmy I dont do Can all Hepe me find out who use ny it need to Be

d. I Just Hope all can Help me 16,800 now 10,300, 5,300 Just Feel like Becu I dont know and cant Read.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this __Lakendra Rives__ day of __Aug 8/16/__, 20 __25__.

Hope all can Help me
I dont hau no mony
I Be try so much to Help oth
Lakendra Rives

Signature of plaintiff (s)

208 Hawkins oak Dr
Chattanooga TN
37410