UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| LAKENDRA MARIE RIVERS, | ) | |
|---|---|---|
| | ) | Case No. 1:25-cv-273 |
| *Plaintiff*, | ) | |
| | ) | Judge Travis R. McDonough |
| v. | ) | |
| | ) | Magistrate Judge Michael J. Dumitru |
| THE COMPANY LAB, | ) | |
| | ) | |
| *Defendant*. | ) | |

## ORDER

Before the Court is Magistrate Judge Michael J. Dumitru's report and recommendation that Plaintiff's case be dismissed with prejudice and IFP application denied as moot (Doc. 8). In the report and recommendation, Magistrate Judge Dumitru first found that Plaintiff did not have standing to request that the Court initiate criminal proceedings against individuals who allegedly used her social security number to apply for work and receive wages. (*Id.* at 4.) He also found that the Court's jurisdiction over cases involving the termination of social security benefits is "limited to reviewing the final decisions of the Commissioner," and that Plaintiff "has not exhausted her administrative remedies." (*Id.* at 4–5 (citations and internal quotations omitted).) Lastly, he found that any amendment to Plaintiff's complaint would be futile because she must still exhaust her administrative remedies. (*Id.* at 5.)

Magistrate Judge Dumitru explicitly advised Plaintiff that she had 14 days from the entry of his report and recommendation to object to its findings. (*Id.* at 5 n.4.) Plaintiff has not filed an objection.

The Court agrees with Magistrate Judge Dumitru's well-reasoned conclusions. Accordingly, it hereby **ACCEPTS** and **ADOPTS** Magistrate Judge Dumitru's report and recommendation (Doc. 8). Plaintiff's claims are **DISMISSED WITH PREJUDICE** and her motion to proceed in forma pauperis (Doc. 1) is **DENIED AS MOOT** with no filing fee assessed. The Clerk is **DIRECTED** to **CLOSE** the case.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**